STATE OF NEW JERSEY IN THE INTEREST OF L. W.

March 17, 1981.

Petition for certification denied.

WALTER FRANK ERNEST SPILLER v. POLARIS INDUSTRIES.

March 17, 1981.

Petition for certification denied.

ALONZO W. LAWRENCE v. BAUER PUBLISHING &
PRINTING LTD.

March 17, 1981.

Leave to appeal granted.   (See 176 *N.J.Super.* 378)

M. A. STEPHENS CONSTRUCTION CO., INC.

v.

TOWNSHIP OF RIVER VALE.

March 23, 1981.

Petition for certification denied.